AEROVOX CORPORATION, Plaintiff-Appellee, v. CONCOURSE ELECTRIC CO., Inc., Defendant-Appellant. Sade Levenberg Not a Party, Appearing Specially, Appellant.

No. 46.

Circuit Court of Appeals, Second Circuit.

Nov. 16, 1936.

Albert Lavenburg, of New York City, for appellant and Levenberg.

Dean, Fairbank, Hirsch & Foster, of New York City (Morris Hirsch, of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Decree affirmed.

In the Matter of the Application of Lewis ASHMAN and Russell J. Boyle for a Writ of Mandamus v. The Honorable Edward J. MOINET, District Judge of the United States for the Eastern District of Michigan, or in the Alternative for a Writ of Prohibition Against Said District Judge.
No. 7561.

Circuit Court of Appeals, Sixth Circuit.
Nov. 13, 1936.

Lucking, Van Auken & Sprague, of Detroit, Mich., for petitioners.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.
This cause was heard upon the petition for a writ of mandamus and a writ of prohibition to be directed to the Honorable Edward J. Moinet, District Judge, and the answer thereto, upon consideration of all of which,

It is ordered and adjudged that the petition be and the same is dismissed.

In the Matter of Mrs. Cora BENNETT, Debtor.

LOUISVILLE JOINT STOCK LAND BANK OF LOUISVILLE, KY., Appellant, v. Mrs. Cora BENNETT, Appellee.

No. 5902.

Circuit Court of Appeals, Seventh Circuit.
Jan. 19, 1937.

Lee M. Lauer and Galeman Dexter, both of Plymouth, Ind., and Walter R. Arnold, of South Bend, Ind., for appellant.

Stacy B. Carpenter, of Argos, Ind., and George F. Stevens, of Plymouth, Ind., for appellee.

Before SPARKS, Circuit Judge, and LINDLEY and BRIGGLE, District Judges.

PER CURIAM.
On the authority of Lafayette Life Insurance Company v. Lowmon (C.C.A.) 79 F.(2d) 887, the interlocutory decree granting the injunction is hereby reversed, and the cause is remanded, with instructions to dissolve the injunction and for further proceedings not inconsistent with this opinion.